STATE, Respondent, vs. WAGNER, Appellant. (MAE WILSON CASE.)

*January 15—February 10, 1942.*

The cause was submitted for the appellant on the brief of *Frank E. Hebert* of Tomahawk, and for the respondent on the brief of the *Attorney General, William A. Platz,* assistant attorney general, and *Donald Schnabel,* district attorney of Lincoln county.

FAIRCHILD, J. The claims of error and the questions involved in this case are those considered and determined in the case of *State v. Wagner (William Cochrane), ante,* p. 634,

2 N. W. (2d) 229. For the reasons stated in that case the judgment in this case must be affirmed.

*By the Court.*—Judgment affirmed.